UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07CR14 JCH |
| ) | (FRB) |
| LAVON BUSH, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that defendant's Motion for Extension of Time for One Additional Day to File Pretrial Motion (Docket No. 21) is granted.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this _21st_ day of February, 2007.